FILED

08 MAY -6 PH 4:20

RICHARD W. WIEKING
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MILTON LEWIS, JR.,

               Plaintiff,

    vs.

ROBERT HOREL, Warden

               Defendant.

CV 08 CASE NO. 2337 CW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, _Milton Lewis Jr_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?   Yes _____ No _____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____

- 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____ NONE _____
4  _____
5  _____
6  2.      Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.      Business, Profession or          Yes ____  No ✓
9              self employment
10     b.      Income from stocks, bonds,       Yes ____  No ✓
11             or royalties?
12     c.      Rent payments?                   Yes ____  No ✓
13     d.      Pensions, annuities, or          Yes ____  No ✓
14             life insurance payments?
15     e.      Federal or State welfare payments,   Yes ____  No ✓
16             Social Security or other govern-
17             ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.      Are you married?                    Yes ✓  No ____
23  Spouse's Full Name: _____ Cindy Lee Green _____
24  Spouse's Place of Employment: _____ Unemployed _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ NONE _____  Net $_____ NONE _____
27  4.      a.      List amount you contribute to your spouse's support : $ _____ 0 _____
28          b.      List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 2 -

1             and indicate how much you contribute toward their support.  (NOTE: For minor

2             children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

3 _____

4 _____

5   5.     Do you own or are you buying a home?       Yes ____ No __✓__

6 Estimated Market Value: $_____ Amount of Mortgage: $_____

7   6.     Do you own an automobile?          Yes ____ No __✓__

8 Make _____ Year _____ Model _____

9 Is it financed? Yes _____ No __✓__ If so, Total due: $ _____

10 Monthly Payment: $ _____

11   7.     Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

12 Name(s) and address(es) of bank: _____

13 _____

14 Present balance(s): $ _____

15 Do you own any cash?  Yes ____ No __✓__ Amount: $ _____

16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17 market value.)  Yes ____ No __✓__

18 _____

19   8.     What are your monthly expenses?

20 Rent: $ ____*None*_____ Utilities: ____*None*_____

21 Food: $ ____*None*_____ Clothing: ____*None*_____

22 Charge Accounts:

23 | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
24 | _____ | $ _____ | $ _____ |
25 | _____ | $ _____ | $ _____ |
26 | _____ | $ _____ | $ _____ |

27   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

28 they are payable.  Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 3 -

1  _____

2  _____

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                              Yes ____ No ✓

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9      I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11      I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  *April 30, 2008*                    *Milton Heisey Jr.*

15      DATE                            SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 4 -

1
2          Case Number: _____
3
4
5
6
7
8
9                  **CERTIFICATE OF FUNDS**
10                            **IN**
11                 **PRISONER'S ACCOUNT**
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14    statement showing transactions of _____ for the last six months at
15                              [prisoner name]
16    _____ where (s)he is confined.
17            [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the most
19    recent 6-month period were $ _____ and the average balance in the prisoner's account
20    each month for the most recent 6-month period was $_____.
21
22    Dated:_____        _____
23                                  [Authorized officer of the institution]
24
25
26
27
28

- 5 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU OCT. 04, 2007

ACCOUNT NUMBER : T48953
ACCOUNT NAME   : LEWIS, MILTON JR
PRIVILEGE GROUP: A

BED/CELL NUMBER: AF08L 000000120U
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 09/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 09/07*VD50 | | INMATE-PAYROL | 1144  8/07 | | 26.94 | | 26.94 |
| 09/10 FC01 | | DRAW-FAC 1 | 1198  A-8 | | | 26.94 | 0.00 |
| 09/11 D201 | | FAMILY VISIT | 1212RE2244 | | 95.00 | | 95.00 |
| 09/13 W415 | | CASH WITHDRAW | 1253  FV | 283148272 | | 92.95 | 2.05 |
| 10/04*VD50 | | INMATE-PAYROL | 1594  9/07 | | 19.55 | | 21.60 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 09/13/2007 | H201 | FAMILY VISIT DEPOSIT HOLD | 1253 | 2.05 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/12/02
COUNTY CODE: HUM

CASE NUMBER: CR005997
FINE AMOUNT: $   4,400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 09/01/2007 | | BEGINNING BALANCE | | 2,700.53 |
| 09/07/07 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 29.92- | 2,670.61 |
| 10/04/07 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 21.71- | 2,648.90 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

Case 4:08-cv-02337-CW   Document 2   Filed 05/06/2008   Page 7 of 18

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU OCT. 04, 2007

ACCT: T48953      ACCT NAME: LEWIS, MILTON JR          ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 141.49 | 119.89 | 21.60 | 2.05 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 19.55 |

Case 4:08-cv-02337-CW   Document 2   Filed 05/06/2008   Page 8 of 18

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU NOV. 07, 2007

ACCOUNT NUMBER : T48953                    BED/CELL NUMBER: AF08L 000000120U
ACCOUNT NAME   : LEWIS, MILTON JR              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 2.05 |
| 10/04*VD50 | | INMATE-PAYROL | 1594  9/07 | | 19.55 | | 21.60 |
| 10/05 FC01 | | DRAW-FAC 1 | 1645  A-8 | | | 19.55 | 2.05 |
| 10/24*D201 | | FAMILY VISIT | 1887RE2430 | | 75.00 | | 77.05 |
| 10/24 W415 | | CASH WITHDRAW | 1900  FV | 283148683 | | 75.78 | 1.27 |
| 11/06*VD50 | | INMATE-PAYROL | 2079 10/07 | | 27.80 | | 29.07 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 10/24/2007 | H201 | FAMILY VISIT DEPOSIT HOLD | 1900 | 1.27 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/12/02                    CASE NUMBER: CR005997
COUNTY CODE: HUM                           FINE AMOUNT: $   4,400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 10/01/2007 | | BEGINNING BALANCE | | 2,670.61 |
| 10/04/07 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 21.71- | 2,648.90 |
| 11/06/07 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 30.88- | 2,618.02 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

Case 4:08-cv-02337-CW   Document 2   Filed 05/06/2008   Page 9 of 18

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU NOV. 07, 2007

ACCT: T48953        ACCT NAME: LEWIS, MILTON JR              ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 2.05 | 122.35 | 95.33 | 29.07 | 1.27 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 27.80 |

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU DEC. 06, 2007

ACCOUNT NUMBER : T48953                    BED/CELL NUMBER: AF08L 000000120U
ACCOUNT NAME   : LEWIS, MILTON JR           ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 11/01/2007 | | BEGINNING BALANCE | | | | | 1.27 |
| 11/06*VD50 | | INMATE-PAYROL | 2079 10/07 | | 27.80 | | 29.07 |
| 11/08 W388 | | DONATION-SUCC | 2147 OPTI | | | 14.00 | 15.07 |
| 11/30*DD30 | | CASH DEPOSIT | 2365 #104 | | 22.50 | | 37.57 |
| 12/06*VD50 | | INMATE-PAYROL | 2459 11/07 | | 29.58 | | 67.15 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 10/24/2007 | H201 | FAMILY VISIT DEPOSIT HOLD | 1900 | 1.27 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/12/02                    CASE NUMBER: CR005997
COUNTY CODE: HUM                           FINE AMOUNT: $   4,400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 11/01/2007 | | BEGINNING BALANCE | | 2,648.90 |
| 11/06/07 | VR50 | RESTITUTION DDUCTION-INDUSTRY | 30.88- | 2,618.02 |
| 11/30/07 | DR30 | REST DED-CASHDEPOSIT | 25.00- | 2,593.02 |
| 12/06/07 | VR50 | RESTITUTION DDUCTION-INDUSTRY | 32.85- | 2,560.17 |

* THIS STATEMENT DOES NOT REFECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF HE RESTITUTION AMOUNT COLLECTED.        *

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU DEC. 06, 2007

ACCT:  T48953       ACCT NAME: LEWIS, MILTON JR          ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 1.27 | 79.88 | 14.00 | 67.15 | 1.27 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
65.88
--------------
--------------

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : T48953                       BED/CELL NUMBER: AF08L 000000120U
ACCOUNT NAME   : LEWIS, MILTON JR               ACCOUNT TYPE: I
PRIVILEGE GROUP: A

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 37.57 |
| 12/06*VD50 | | INMATE-PAYROL | 2459 11/07 | | 29.58 | | 67.15 |
| 12/07 FC01 | | DRAW-FAC 1 | 2485  A-8 | | | 55.20 | 11.95 |
| 12/14 D201 | | FAMILY VISIT | 2562RE2660 | | 105.00 | | 116.95 |
| 12/20*DD30 | | CASH DEPOSIT | 2642 #119 | | 22.50 | | 139.45 |
| 12/26 W415 | | CASH WITHDRAW | 2699 FV | 283149289 | | 104.67 | 34.78 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/08*VD50 | | INMATE-PAYROL | 2846 12/07 | | 23.20 | | 57.98 |
| 01/08 FC01 | | DRAW-FAC 1 | 2881  A-8 | | | 45.00 | 12.98 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 12/26/2007 | H201 | FAMILY VISIT DEPOSIT HOLD | 2699 FVBAL | 1.60 |

## * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/12/02                        CASE NUMBER: CR005997
COUNTY CODE: HUM                                FINE AMOUNT: $   4,400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 12/01/2007 | | BEGINNING BALANCE | | 2,593.02 |
| 12/06/07 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 32.85- | 2,560.17 |
| 12/20/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 2,535.17 |
| 01/08/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 25.77- | 2,509.40 |

Case 4:08-cv-02337-CW     Document 2     Filed 05/06/2008     Page 13 of 18

### PELICAN BAY STATE PRISON
### INMATE TRUST ACCOUNT STATEMENT

#### FOR THE PERIOD: DEC. 01, 2007 THRU JAN. 08, 2008

ACCT: T48953     ACCT NAME: LEWIS, MILTON JR        ACCT TYPE: I

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

#### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 37.57 | 180.28 | 204.87 | 12.98 | 1.60 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 11.38 |

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU FEB. 06, 2008

```
ACCOUNT NUMBER : T48953                     BED/CELL NUMBER: AF08L 000000120U
ACCOUNT NAME   : LEWIS, MILTON JR               ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 34.78 |
| 01/08*VD50 | | INMATE-PAYROL | 2846 | 12/07 | 23.20 | | 57.98 |
| 01/08 | FC01 | DRAW-FAC 1 | 2881 | A-8 | | 45.00 | 12.98 |
| 01/09*DD30 | | CASH DEPOSIT | 2884 | #133 | 18.00 | | 30.98 |
| 02/06*VD50 | | INMATE-PAYROL | 3416 | 01/08 | 23.88 | | 54.86 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 12/26/2007 | H201 | FAMILY VISIT DEPOSIT HOLD | 2699 FVBAL | 1.60 |

* RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 03/12/02                     CASE NUMBER: CR005997
COUNTY CODE: HUM                             FINE AMOUNT: $   4,400.00
```

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | 2,535.17 |
| 01/08/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 25.77- | 2,509.40 |
| 01/09/08 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 2,489.40 |
| 02/06/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 26.52- | 2,462.88 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

Case 4:08-cv-02337-CW    Document 2    Filed 05/06/2008    Page 15 of 18

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU FEB. 06, 2008

ACCT: T48953     ACCT NAME: LEWIS, MILTON JR     ACCT TYPE: I

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 34.78 | 65.08 | 45.00 | 54.86 | 1.60 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 53.26 |

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          PELICAN BAY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: FEB. 01, 2008 THRU MAR. 06, 2008

ACCOUNT NUMBER : T48953                 BED/CELL NUMBER: AF08L 000000120U
ACCOUNT NAME   : LEWIS, MILTON JR             ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY
```

|      | TRAN |             |         |           |          |             |         |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| DATE | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
| 02/01/2008 | | BEGINNING BALANCE | | | | | 30.98 |
| 02/06 | *VD50 | INMATE-PAYROL | 3416 01/08 | | 23.88 | | 54.86 |
| 02/07 | FC01 | DRAW-FAC 1 | 3465 A-8 | | | 53.26 | 1.60 |
| 02/08 | *DD30 | CASH DEPOSIT | 3491 ML154 | | 22.50 | | 24.10 |
| 03/06 | *VD50 | INMATE-PAYROL | 3876 2/08 | | 29.96 | | 54.06 |

```
                          CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE           DESCRIPTION            COMMENT      HOLD AMOUNT
```

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 12/26/2007 | H201 | FAMILY VISIT DEPOSIT HOLD | 2699 FVBAL | 1.60 |

```
                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/12/02                 CASE NUMBER: CR005997
COUNTY CODE: HUM                         FINE AMOUNT: $   4,400.00
```

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 02/01/2008 | | BEGINNING BALANCE | | 2,489.40 |
| 02/06/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 26.52- | 2,462.88 |
| 02/08/08 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 2,437.88 |
| 03/06/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 33.28- | 2,404.60 |

```
    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2008 THRU APR. 08, 2008

ACCOUNT NUMBER : T48953                          BED/CELL NUMBER: AF08L 000000120U
ACCOUNT NAME   : LEWIS, MILTON JR                   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

|       | TRAN |             |         |           |          |             |          |
| DATE  | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE  |
| ----- | ---- | ----------- | ------- | --------- | -------- | ----------- | -------- |
| 03/01/2008 |   | BEGINNING BALANCE |   |   |   |   | 24.10 |
| 03/06*VD50 | INMATE-PAYROL | 3876 2/08 |   | 29.96 |   | 54.06 |
| 03/07 FC01 | DRAW-FAC 1 | 3954  A-8 |   |   | 52.46 | 1.60 |
| 04/04*VD50 | INMATE-PAYROL | 4325 3/08 |   | 31.86 |   | 33.46 |
| 04/04 W389 | DONATION - YO | 4366  A-8 |   |   | 19.00 | 14.46 |
| 04/07 FC01 | DRAW-FAC 1 | 4407  A-8 |   |   | 10.00 | 4.46 |

CURRENT HOLDS IN EFFECT

| DATE   | HOLD |             |         |             |
| PLACED | CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
| ---------- | ---- | ----------- | ------- | ----------- |
| 12/26/2007 | H201 | FAMILY VISIT DEPOSIT HOLD | 2699 FVBAL | 1.60 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/12/02                          CASE NUMBER: CR005997
COUNTY CODE: HUM                                  FINE AMOUNT: $  4,400.00

| DATE   | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE  |
| ------ | ------ | ----------- | ----------- | -------- |
| 03/01/2008 |   | BEGINNING BALANCE |   | 2,437.88 |
| 03/06/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 33.28- | 2,404.60 |
| 04/04/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 35.38- | 2,369.22 |

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

Case 4:08-cv-02337-CW    Document 2    Filed 05/06/2008    Page 18 of 18

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2008 THRU APR. 08, 2008

ACCT: T48953       ACCT NAME: LEWIS, MILTON JR              ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 24.10 | 61.82 | 81.46 | 4.46 | 1.60 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 2.86 |