IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RECEIVED
MAY - 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| MILTON LEWIS, JR.,<br><br>                              Petitioner,<br><br>v.<br><br>ROBERT HOREL, Warden,<br><br>                              Respondent. | C 08-02337 CW (PR)<br><br>[HABEAS CORPUS;<br>28 U.S.C., § 2254]<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE TRAVERSE |

GOOD CAUSE APPEARING, it is ordered that the time for filing the Traverse to respondent's Answer in this case be enlarged to and including June 1, 2010.

DATED: May 7, 2010

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

2