IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON LEWIS, JR.,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT HOREL, Warden,<br><br>    Respondent.<br>_____/ | No. C 08-02337 CW (PR)<br><br>ORDER GRANTING SECOND REQUEST FOR ENLARGEMENT OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for a second extension of time to file a traverse.  Good cause appearing, the request is GRANTED.  Petitioner's traverse is due on or before July 1, 2010.  If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

    This Order terminates Docket no. 25.

    IT IS SO ORDERED.

Dated: 6/7/2010

                                           CLAUDIA WILKEN<br>
                                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MILTON LEWIS JR,

        Plaintiff,

v.

ROBERT HOREL et al,

        Defendant.

Case Number: CV08-02337 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Milton J. Lewis T48953
Pelican Bay State Prison
P.O. Box 7500
Cresent City, CA 95531

Dated: June 7, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2